**David C. BENDER, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2007–3333.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2008.

RADER, Circuit Judge.

*ORDER*

David C. Bender moves for reconsideration of the court's January 4, 2008, 263 Fed.Appx. 40, order dismissing his appeal for failure to file a brief.

Bender states that he did not receive the certified list.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition is reinstated.

(2) Bender's brief is due within 60 days of the date of filing of this order. No further extensions.